# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STRAGENT, LLC, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 02:08-cv-293-DF,CE |
| § § | |
| NOKIA, INC., *et al.*, § | JURY TRIAL DEMANDED |
| § § | |
| Defendants. § § | |

## ORDER GRANTING THE AGREED MOTION TO DISMISS AT&T, INC. WITHOUT PREJUDICE

Plaintiff Stragent, LLC ("Stragent"), and Defendant AT&T, Inc. (whose correct name is AT&T Inc.) pursuant to Fed. R. Civ. P. 29 and 41, stipulated and jointly moved that Plaintiff dismisses without prejudice its claims against AT&T, Inc. set forth in the First Complaint for Patent Infringement filed on July 29, 2008, pursuant to Fed. R. Civ. P. 41. AT&T Inc. agreed that it will not raise any objection based on any applicable statute of limitations should Stragent later attempt to re-join AT&T Inc. into the above-titled litigation. Stragent agreed that AT&T Inc. does not waive any and all other defenses that might be asserted should Stragent later attempt to re-join AT&T Inc.

Accordingly, such motion is GRANTED, and IT IS HEREBY ORDERED that AT&T Inc. is hereby dismissed without prejudice according to the terms above. Costs to be borne by the party incurring same.

Signed:     August  25 , 2008

_____
Judge David Folsom

80275099.1