# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-293 |
| | § | |
| NOKIA, INC., NOKIA CORPORATION, | § | |
| MOTOROLA, INC., PALM, INC., | § | |
| RESEARCH IN MOTION, LTD., | § | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION | § | |
| CORPORATION, SONY ERICSSON | § | |
| MOBILE COMMUNICATIONS AB, | § | |
| SONY ERICSSON MOBILE | § | |
| COMMUNICATIONS (USA) INC., | § | |
| AMERICA ONLINE, INC., AOL LLC, | § | |
| AT&T MOBILITY LLC, GOOGLE, | § | |
| INC., MICROSOFT CORPORATION | § | |
| AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of Dismissal by and between Stragent, LLC ("Stragent") and AT&T Mobility LLC ("AT&T Mobility") (collectively, the "Stipulating Parties"),

**IT IS HEREBY ORDERED** that:

(1) All claims asserted by Stragent against AT&T Mobility, including all amendments thereto, shall be dismissed without prejudice;
(2) All counterclaims asserted by AT&T Mobility against Stragent, including all amendments thereto, shall be dismissed without prejudice;
(3) This Stipulation shall not affect any claims by and between Stragent and any other defendant in this case; and
(4) The Stipulating Parties shall bear their own costs and attorneys' fees.

**SIGNED this 29th day of October, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE