**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRAGENT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:08-CV-293 |
| | ) | |
| NOKIA, INC., ET AL. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL

The Court grants the joint motion to dismiss filed by Stragent LLC ("Stragent") and Google Inc. ("Google"). All claims brought by Stragent LLC are dismissed with prejudice, and all claims, counterclaims and defenses made by Google Inc. are dismissed without prejudice. Google shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Stragent has not released, and nothing in this dismissal shall be construed as a license, release or discharge of, any claim Stragent has or may have in the future against any other defendant named in this action. All such rights have been, and are, expressly reserved. Each party is to bear its own costs and attorney fees.

**SIGNED this 9th day of September, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE